IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT PAPENHAUSEN,

      Plaintiff,                          No. 2: 12-cv-0344 DAD P

     vs.

DAVID HOLLISTER, et al.,

      Defendants.                <u>ORDER</u>

_____/

        By order filed July 6, 2012, plaintiff's complaint was dismissed and plaintiff was given thirty days leave to file an amended complaint.[1]  Thereafter, plaintiff sought and received an extension of time until September 7, 2012 to file an amended complaint.  Nonetheless, to date, plaintiff has not filed an amended complaint.

/////

/////

/////

/////

/////

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(e).  (Doc. No. 4.)

1

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2 prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3 DATED: October 1, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dpw
pape0344.fta